STATE OF NEW JERSEY v. MANUEL SILE.

July 26, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. HAROLD GRAHAM.

July 26, 1988.

Petition for certification denied.

FRANCES SIREN v. JOSEPH BEHAN AND VOLKSWAGEN-WERK ATKIENGESELLSCHAFT, A.G.

July 27, 1988.

Petition for certification granted and the matter is summarily remanded to the Appellate Division for reconsideration of its judgment in light of *Waterson v. General Motors*, 111 *N.J.* 238 (1988). (See 224 *N.J.Super.* 130)

STATE OF NEW JERSEY v. RONALD BOWEN.

September 7, 1988.

Petition for certification denied. (See 224 *N.J.Super.* 263)